**Petition for Writ of Mandamus Denied and Memorandum Opinion filed December 12, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00835-CV

---

## IN RE SUGARLAND ANESTHESIA PLLC, STUART A. LINDE, M.D., STUART A. LINDE, M.D., PLLC, HUGH KER THOMSON, M.D., HUGH KER THOMSON, M.D., P.A., TL BILLING AND PRACTICE MANAGEMENT, LLC, AND FORT BEND MEDICAL STAFFING, LLC, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-59020**

---

## MEMORANDUM OPINION

On September 25, 2013, relators Sugarland Anesthesia PLLC, Stuart A. Linde, M.D., Stuart A. Linde, M.D., PLLC, Hugh Ker Thomson, M.D., Hugh Ker Thomson, M.D., P.A., TL Billing and Practice Management, LLC, and Fort Bend Medical Staffing, LLC filed a petition for writ of mandamus in this Court. *See*

Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Larry Weiman, presiding judge of the 80th District Court of Harris County, to vacate his (1) July 2, 2013 order denying relators' motion for partial summary judgment; (2) July 16, 2013 order granting real parties in interest's motion for partial summary judgment; and (3) September 10, 2013 amended order granting real parties in interest's motion to compel.

Relators have not established their entitlement to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. In so doing, we do not comment on the merits of the relators' challenges to the orders referenced above. *See In re L.R.*, No. 14-12-00440-CV, __ S.W.3d __, 2013 WL 5470015, at *2 (Tex. App.—Houston [14th Dist.] Oct. 1, 2013, no pet.). We also lift our stay granted on September 26, 2013.

PER CURIAM

Panel Consists of Justices McCally, Busby, and Donovan.